# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Victor Gilmore | 2:18cv634 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Tariq K. Louka, Esquire, et al | Summons, Complaint, Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Thomas G. Johnson Jr. Wilcox and Savage PC (Registered Agent for Emerald Point Apartments)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
440 Monticello Ave. Ste 2200 Norfolk, VA 23510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk's Office, U.S. District Court
U.S. Courthouse, Room 193 600 Granby Street
Norfolk, VA 23510

Number of process to be served with this Form 285

Number of parties to be served in this case: 1

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**PRO SE PLAINTIFF**
USM MUST SERVE WITHIN 60 DAYS

[Stamp: EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION 2019 FEB -4 A 11:51 RECEIVED UNITED STATES MARSHAL]

Signature of Attorney other Originator requesting service on behalf of:
By Order of U.S. District Judge

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 757-222-7201

DATE: 2/4/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 083
District to Serve No.
Signature of Authorized USMS Deputy or Clerk: James W. Wilking
Date: 2/4/2019

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2/8/19
Time: 3:00 [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | | | | 65.00  $0.00 |

REMARKS: Walk across street from courthouse

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
UNITED STATES MARSHAL

2019 FEB -4 A 11: 51

EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

Victor Gilmore

*Plaintiff(s)*

v.

Civil Action No. 2:18-cv-00634

Tariq K. Louka, Esquire, et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas G. Johnson Jr.
Willcox & Savage PC
440 Monticello Ave. Ste 2200
Norfolk, VA 23510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Victor Gilmore
507 High Street
Apt 706
Portsmouth, VA 23704

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/04/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-00634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas Johnson
was received by me on *(date)* 2/6/19 .

☑ I personally served the summons on the individual at *(place)* 440 Monticello Ave St 2200
Norfolk, VA on *(date)* 2/8/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/8/19

_____
*Server's signature*

Sherri A. Annan DJSM
*Printed name and title*

600 Granby Street Norfolk VA 23510
*Server's address*

Additional information regarding attempted service, etc: