UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____NORFOLK_____ DIVISION

Victor Gilmore
_____

            vs.                                    Civil/Criminal Action No. 2:18CV634
Results Unlimited, Inc., et al.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

     Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

     Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

     Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
Results Unlimited, Inc.
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

March 1, 2019                                         */s/ Ronald S. Canter*, VSB #87187
Date                                                        Signature of Attorney or Litigant
                                                                      Counsel for Results Unlimited, Inc.

Rev. 7/14/04