**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |
|---|---|
| VICTOR GILMORE | ) ) ) ) |
| Plaintiff | ) ) |
| vs. | ) Case No. 2:18CV634 ) |
| RESULTS UNLIMITED, INC., ET AL. | ) ) ) |
| Defendants | ) ) |

**DEFENDANT RESULTS UNLIMITED, INC.'S MOTION TO DISMISS**

Defendant Results Unlimited, Inc., by and through counsel, and pursuant to Rules 12(b)(1) and 12(b)(6), Federal Rules of Civil Procedure, moves to dismiss Plaintiff's Complaint for want of subject matter jurisdiction and/or in the alternative for failing to state a claim upon which relief may be granted. In support of this Motion, Defendant respectfully refers this Honorable Court to the accompanying brief.

**NOTICE TO PRO SE PLAINTIFF:**

In accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), take notice and be warned that a motion dispositive of this action has been filed. As such:

(1) The pro se party is entitled to file a response opposing the motion and that any such response must be filed within twenty-one (21) days of the date on which the dispositive or partially dispositive motion is filed; and

(2) The Court could dismiss the action on the basis of the moving party's papers if the pro se party does not file a response; and

(3) The pro se party must identify all facts stated by the moving party with which the pro se party disagrees and must set forth the pro se party's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

(4) The pro se party is also entitled to file a legal brief in opposition to the one filed by the moving party.

                Respectfully submitted,

                **THE LAW OFFICES OF RONALD S. CANTER, LLC**

                */s/ Ronald S. Canter*
                Ronald S. Canter, Esquire, VSB #87187
                200A Monroe Street, Suite 104
                Rockville, Maryland 20850-4424
                Telephone: (301) 424-7490
                Facsimile: (301) 424-7470
                E-Mail: rcanter@roncanterllc.com
                *Attorney for Defendant,*
                *Results Unlimited, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was electronically transmitted pursuant to ECF procedures, this 1st day of March, 2019 to:

James Arthur Cales, III, Esquire
Furniss Davis Rashkind & Saunders PC
6160 Kempsville Circle, Suite 341B
Norfolk, VA 23502
jcales@furnissdavis.com
*Attorney for Defendant,*
*Tariq K. Louka, Esquire*

P. Todd Sartwell, Esquire
Dickerson & Smith Law Group
115 South Lynnhaven Road
Virginia Beach, Virginia 23452
todd@daviddickerson.com
*Attorney for Defendant,*
*Emerald Point Apartments*

and mailed, first class postage pre-paid on the 4th day of March, 2019 to:

Victor Gilmore
507 High Street, Apt 706
Portsmouth, Virginia 23704
*Pro Se Plaintiff*

                                                  */s/ Ronald S. Canter*
                                                  Ronald S. Canter, Esquire
                                                  *Attorney for Defendant,*
                                                  *Results Unlimited, Inc.*